Opinion issued February 11, 2021



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00033-CV

———————————

### IN RE KENNETH MCFARLAND, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kenneth McFarland, has filed a petition for writ of mandamus, seeking to vacate the trial court's order which gave a temporary administrator authority to control two entities.[1]

---

[1] The underlying case is *In the Estate of Lynne Vines, Deceased*, cause number 486320, pending in the Probate Court No. 2 of Harris County, Texas, the Honorable Michael Newman presiding.

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.